1  MARC A. PILOTIN
   Regional Solicitor
2  ANDREW J. SCHULTZ
   Counsel for Wage and Hour
3  JENNIFER L. STA.ANA (CSBN 307977)
   Trial Attorney
4  UNITED STATES DEPARTMENT OF LABOR
   90 7th Street, Suite 3-700
5  San Francisco, CA 94103-1516
   Telephone: 415-625-7767
6  staana.jennifer.l@dol.gov
   *Attorneys for Plaintiff Julie A. Su,*
7  *Acting United States Secretary of Labor*

8

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  JULIE A. SU,
        Acting Secretary of Labor,
        United States Department of Labor,
14
                                    Plaintiff,
15          v.

16  24/7 AUTO BODY, a California corporation;
    JUAN JOSE AYALA, an individual,
17                              Defendants.

18

Case No. 4:23-cv-02979

STIPULATION AND [PROPOSED]
CONSENT JUDGMENT AND ORDER

19

20

21

22

23

24

25

26

27

28

FILED

Jul 05 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1    Plaintiff Julie A. Su, Acting United States Secretary of Labor ("Secretary"), and

2    Defendants 24/7 Auto Body, a California corporation, and Juan Jose Ayala, an individual,

3    (collectively, the "Parties"), stipulate and agree to the terms of the attached proposed Consent

4    Judgment and Order as a final resolution of this action. The Parties further stipulate and agree that

5    the proposed Consent Judgment and Order, upon entry, shall operate as final judgment in this

6    action. The Parties further consent to the current magistrate judge assigned to this case.

7

8    Dated: June 26, 2023

9

10   SEEMA NANDA
     Solicitor of Labor

11   MARC A. PILOTIN                                      _____
     Regional Solicitor                                  24/7 Auto Body

12   ANDREW J. SCHULTZ                                    Defendant
     Counsel for Wage and Hour

13

14    /s/ Jennifer L. Sta.Ana
     _____                              _____
15   JENNIFER L. STA.ANA                                 Juan Jose Ayala

16   Trial Attorneys                                     Defendant
     Attorneys for Plaintiff Julie A. Su

17   Acting United States Secretary of Labor

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] CONSENT JUDGMENT AND ORDER
Case No.  4:23-cv-02979
Page 1

1  MARC A. PILOTIN
   Regional Solicitor
2  ANDREW J. SCHULTZ
   Counsel for Wage and Hour
3  JENNIFER L. STA.ANA (CSBN 307977)
   Trial Attorney
4  UNITED STATES DEPARTMENT OF LABOR
   90 7th Street, Suite 3-700
5  San Francisco, CA 94103-1516
   Telephone:  415-625-7767
6  staana.jennifer.l@dol.gov
   *Attorneys for Plaintiff Julie A. Su,*
7  *Acting United States Secretary of Labor*

8

9                    IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  JULIE A. SU,                              Case No. 4:23-cv-02979
        Acting Secretary of Labor,
14      United States Department of Labor,

                                             **CONSENT JUDGMENT
                            Plaintiff,       AND ORDER**
15              v.

16  24/7 AUTO BODY, a California corporation;
    JUAN JOSE AYALA, an individual,
17                          Defendants.

18

19

20

21

22

23

24

25

26

27

28

CONSENT JUDGMENT AND ORDER
Case No. 4:23-cv-02979

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor (the "Secretary"), and Defendants 24/7 Auto Body and Juan Jose Ayala ("Defendants") (collectively, the "Parties") have agreed to resolve the matters in controversy in this civil action and consent to the entry of this Consent Judgment on the terms and conditions set forth below.

## STATEMENT BY THE PARTIES

A.     The Secretary filed a Complaint alleging that Defendants violated Sections 7, 11(c), 15(a)(2), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA" or "Act"), 29 U.S.C. §§ 207, 211(c), 215(a)(2), and 215(a)(5).

B.     Defendants acknowledge receipt of a copy of the Secretary's Complaint in this action.

C.     Defendants waive issuance and service of process of the Summons and Complaint, and waive their response to the Secretary's Complaint.

D.     The Secretary conducted an investigation of Defendants pursuant to the FLSA covering the period of January 5, 2019 to January 1, 2022 ("Subject Period"). The Parties have agreed to settle and resolve all FLSA violations attributable to Defendants through this Consent Judgment.

E.     The Parties agree to the entry of this Consent Judgment without further contest.

F.     Defendants admit that the Court has jurisdiction over the Parties and subject matter of this civil action and that venue lies in the Northern District of California.

G.     Defendants admit that they operate an auto body repair business within the jurisdiction of this Court.

## PERMANENT INJUNCTION

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, Defendants, their officers, agents, servants, employees, successor companies, parties in interest, and all persons and entities acting at their direction or in concert or participation with Defendants, are permanently enjoined and restrained from violating the FLSA, including through any of the following manners:

1.     Defendants shall not, contrary to Section 7 of the FLSA, 29 U.S.C. § 207, employ

1    any employee who in any workweek is engaged in commerce, within the meaning of Section 3(s)

2    of the FLSA, 29 U.S.C. § 203(s), or is employed in an enterprise engaged in commerce or in the

3    production of goods for commerce, within the meaning of Section 3(s) of the FLSA, 29 U.S.C. §

4    203(s), for any workweek longer than forty (40) hours unless such employee received

5    compensation for their employment in excess of forty (40) hours in such workweek at a rate not

6    less than one and one-half times the regular rate of pay at which they are employed.

7         2.        Defendants shall not fail to make; keep; make available to authorized agents of

8    the Secretary for inspection, transcription, and/or copying upon the Secretary's demand; and

9    preserve the records of employees and of the wages, hours, and other conditions and practices of

10   employment, pursuant to Sections 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), and the

11   implementing regulations found in Title 29, Code of Federal Regulations, Part 516.

12        3.        Defendants shall comply with the FLSA, and if not already in effect at the time of

13   entry of this Consent Judgment, shall amend and maintain its payroll practices as follows:

14             a.        Defendants shall pay all employees, at the very least, the minimum wage

15                      under the FLSA.

16             b.        Defendants shall pay all employees overtime premiums, which is one and

17                      one-half times the regular rate of pay, for hours over forty in a workweek

18                      as set forth under the FLSA.

19             c.        Defendants shall accurately record the information required by 29 C.F.R.

20                      § 516.2 in payroll records, including (1) all hours worked by employees

21                      each workday and workweek; (2) the rate(s) of pay for each of the hours

22                      worked during the workweek; (3) the total weekly straight-time earnings

23                      for the hours worked during the workweek; (4) the total premium pay for

24                      overtime hours, if any.

25             d.        Defendants shall ensure that employees' paystubs show accurate hourly

26                      pay rates, all hours worked in the applicable workweek(s), any premium

27                      pay including overtime calculations, and all deductions.

28             e.        Defendants shall maintain all time and payroll records for a period of not

1    less than three years.

2        f.    Defendants shall accurately record all wages paid to employees, regardless

3    of the manner of payment, i.e. direct deposit, check, or cash, on their

4    payroll records.

5        g.    Defendants shall inform employees and third parties performing payroll

6    duties of the requirements of this Consent Judgment and shall provide

7    them with a copy of this Consent Judgment.

8        4.    Defendants, their officers, agents, servants, and employees, and those persons in

9    active concert or participation with them, shall not in any way directly or indirectly, demand,

10   require or accept any of the back wages from any of the employees listed on the attached **Exhibit**

11   **A**. Defendants shall not threaten or imply that adverse action will be taken against any employee

12   because of their receipt of funds due under this Consent Judgment. Violation of this Paragraph

13   may subject Defendants to equitable and legal damages, including punitive damages and civil

14   contempt.

15       5.    Defendants, their officers, agents, servants, and employees and those persons in

16   active concert or participation with them, shall not in any way retaliate or take any adverse

17   employment action, or threaten or imply that adverse action will be taken against any employee

18   who exercises or asserts their rights under the FLSA or provides information to any public

19   agency investigating compliance with the FLSA. Violation of this Paragraph may subject

20   Defendants to equitable and legal damages, including punitive damages and civil contempt.

21       6.    Defendants 24/7 Auto Body and Juan Jose Ayala, jointly and severally, shall not

22   continue to withhold the payment of **$40,500** in overtime pay found to be due by Defendants

23   under the FLSA to employees, as a result of their employment with Defendants during the period

24   of January 5, 2019 to January 1, 2022.

25       **JUDGMENT**

26       **FURTHER, JUDGMENT IS HEREBY ENTERED**, in favor of the Secretary as a

27   judgment owed to the United States of American and against Defendants 24/7 Auto Body and

28   Juan Jose Ayala, jointly and severally, in the total of **$90,000**, which includes **$40,500** in

[PROPOSED] CONSENT JUDGMENT AND ORDER
Case No. 4:23-cv-02979
Page 3

1 | overtime wages to Defendants' present and former employees who are identified in **Exhibit A**,

2 | plus an additional equal amount of **$40,500** as Liquidated Damages to the employees identified

3 | in **Exhibit A**, plus **$9,000**, designated as civil money penalties under 29 U.S.C. § 216(e).

4 |      7.      IT IS FURTHER ORDERED AND ADJUGED that Defendants 24/7 Auto Body

5 | and Juan Jose Ayala, jointly and severally, shall pay the total of **$40,500** in Liquidated Damages

6 | by **July 10, 2023** using the "WHD Back Wage Payment Form – Western Region" at

7 | https://www.pay.gov/public/form/start/77761888. The payment shall reference Case Number:

8 | "1928989."

9 |      8.      IT IS FURTHER ORDERED AND ADJUGED that Defendants 24/7 Auto Body

10 | and Juan Jose Ayala, jointly and severally, shall pay the total of **$40,500** in back wages owed to

11 | the employees listed in **Exhibit A** by **July 10, 2023** using the "WHD Back Wage Payment Form

12 | – Western Region" at https://www.pay.gov/public/form/start/77761888. The payment shall

13 | reference Case Number: "1928989."

14 |      9.      IT IS FURTHER ORDERED AND ADJUDGED that Defendants provide a list of

15 | the known employee's mailing address, email, and phone number to Assistant District Director

16 | Alberto Raymond (raymond.alberto@dol.gov) of the Wage and Hour Division, U.S. Department

17 | of Labor by **July 10, 2023**.

18 |      10.      IT IS FURTHER ORDERED AND ADJUGED that the Wage and Hour Division,

19 | U.S. Department of Labor, shall distribute the Liquidated Damages and back wage payments

20 | described in Paragraphs 7-8 to employees listed in **Exhibit A**, or if necessary, to the employees'

21 | estates. Any monies not distributed to employees within three years from the date of receipt of

22 | the checks from Defendants 24/7 Auto Body and Juan Jose Ayala, because of an inability to

23 | locate the proper persons or because of their refusal to accept it, the Secretary shall deposit the

24 | payment into the Treasury of the United States of America as miscellaneous receipts under 29

25 | U.S.C. § 216(c).

26 |      11.      IT IS FURTHER ORDERED AND ADJUGED that Defendants 24/7 Auto

27 | Body and Juan Jose Ayala shall, jointly and severally, pay to the U.S. Department of Labor

28 | **$9,000**, which is designated as a civil money assessment under 29 U.S.C. § 216(e), by **July 10,**

**2023** by using the "WHD Civil Money Penalty Payment Form – Western Region" at

https://www.pay.gov/public/form/start/77743734. The payment shall reference Case Number

"1928989."

12.   IT IS FURTHER ORDERED AND AJUDGED that, should Defendants not pay

back wages and Liquidated Damages by **July 10, 2023**, and Defendants default on their

payments under Paragraphs 7-8 of this Order, Defendants must pay within ninety (90) days from

July 10, 2023 **$248,617.19** in Liquidated Damages and **$248,617.19** in back wages to the

employees listed in **Exhibit A** to the link provided in Paragraphs 7-8, as well as **$10,000** in civil

money penalties to the U.S. Department of Labor to the link provided in Paragraph 11. The

amounts listed in this Paragraph are the full sums owed according to an investigation of

Defendants for the Subject Period by the Wage and Hour Division, U.S. Department of Labor,

under Section 11(a) of the FLSA, 29 U.S.C. § 11(a).

13.   IT IS FURTHER ORDERED AND ADJUGED that, should upon further

investigation by the Wage and Hour Division, U.S. Department of Labor, under Section 11(a) of

the FLSA, 29 U.S.C. § 11(a), the Secretary discovers Defendants have the assets or funds,

including cash funds, to pay at any time after entry of this Order the full amounts listed in

Paragraph 12, Defendants must pay the full amounts listed in Paragraph 12 within ninety (90)

days of written notice by the Secretary to Defendants. Defendants must provide financial

disclosures and a list of assets under penalty of perjury within thirty (30) days of written notice

the Secretary to Defendants.

14.   IT IS FURTHER ORDERED AND ADJUDGED that if Defendants 24/7 Auto

Body and Juan Jose Ayala do not cure any default of this Order, a post-judgment interest at the

rate of 10% per annum shall be allotted until Liquidated Damages or back wages owed under this

Order are paid in full.

### ADDITIONAL PROVISIONS

15.   The filing, pursuit, and/or resolution of this proceeding with the filing of this

Consent Judgment shall not act, as or be asserted as, a bar to any action under Section 16(b) of

the FLSA, 29 U.S.C. § 216(b), as to any employee not named in the attached **Exhibit A**, nor any

1  employee named in the attached **Exhibit A** for periods outside of the Subject Period.

2      16.      Each Party shall bear their own fees and other expenses, including court costs,

3  incurred by such Party in connection with any stage of this proceeding, including but not limited

4  to attorneys' fees, which may be available under the Equal Access to Justice Act, as amended.

5      17.      IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this action

6  for purposes of enforcing compliance with the terms of this Consent Judgment.

7

8

9

10  Dated: June 23, 2023              Dated: June 27, 2023

11                                    SEEMA NANDA
                                      Solicitor of Labor

12
                                      MARC A. PILOTIN
13                                    Regional Solicitor

14  24/7 AUTO BODY
                                      ANDREW J. SCHULTZ
15                                    Counsel for Wage and Hour

16

17                                    /s/ Jennifer L. Sta.Ana

18  JUAN JOSE AYALA               JENNIFER L. STA.ANA
                                      Trial Attorney
19                                    *Attorneys for Plaintiff Julie A. Su, Acting*
20                                    *United States Secretary of Labor*

21

22

23          IT IS ORDERED.

24

25

26  Dated:  July 5, 2023

27                                    DONNA M. RYU
                                      UNITED STATES DISTRICT COURT
28                                    CHIEF MAGISTRATE JUDGE



IT IS SO ORDERED

Judge Donna M. Ryu

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**EXHIBIT A**

| LAST NAME | FIRST NAME | DATES OF EMPLOYMENT | BACK WAGES | LIQUIDATED DAMAGES |
|---|---|---|---|---|
| Alfaro | Angel | 01/05/2019 - 01/01/2022 | $ 815.71 | $ 815.71 |
| Alvarado | Daniel | 01/05/2019 - 01/01/2022 | $ 33.07 | $ 33.07 |
| Cabrera | Moises | 01/05/2019 - 01/01/2022 | $ 658.28 | $ 658.28 |
| Castillo | Carlos | 01/05/2019 - 01/01/2022 | $ 229.69 | $ 229.69 |
| Ceron | Cristian | 12/14/2019 - 12/12/2020 | $ 4,139.05 | $ 4,139.05 |
| Diaz | Salvador | 12/14/2019 - 12/12/2020 | $ 5,219.36 | $ 5,219.36 |
| Espinoza | Victor | 12/14/2019 - 12/12/2020 | $ 1,609.46 | $ 1,609.46 |
| Garcia | Jose | 12/14/2019 - 12/12/2020 | $ 2,514.54 | $ 2,514.54 |
| Gutierrez | Esteban | 12/14/2019 - 12/12/2020 | $ 1,440.05 | $ 1,440.05 |
| Jaimes | Emmanuel | 12/14/2019 - 12/12/2020 | $ 2,882.33 | $ 2,882.33 |
| Jorge | Obregon | 01/05/2019 - 01/01/2022 | $ 1,034.59 | $ 1,034.59 |
| Marquez | Gerardo | 12/14/2019 - 12/12/2020 | $ 5,791.72 | $ 5,791.72 |
| Mejia | Walter | 01/05/2019 - 01/01/2022 | $ 3,179.17 | $ 3,179.17 |
| Nuno | Mano | 01/05/2019 - 01/01/2022 | $ 192.71 | $ 192.71 |
| Salvador | Mejia | 01/05/2019 - 01/01/2022 | $ 1,812.90 | $ 1,812.90 |
| Sanchez | Miguel | 01/05/2019 - 01/01/2022 | $ 786.00 | $ 786.00 |
| Sicay | Juan | 1/5/2019 - 01/04/2020 | $ 756.69 | $ 756.69 |
| Solis | Fatima | 12/14/2019 - 12/12/2020 | $ 615.77 | $ 615.77 |
| Solis | Sayda | 12/14/2019 - 12/12/2020 | $ 931.80 | $ 931.80 |
| Terra | Gilberto | 12/14/2019 - 12/12/2020 | $ 3,388.35 | $ 3,388.35 |
| Valencia | Antonio | 1/5/2019 - 01/04/2020 | $ 96.93 | $ 96.93 |
| Vargas | Sergio | 12/14/2019 - 12/12/2020 | $ 2,371.84 | $ 2,371.84 |
| **TOTAL** | | | **$ 40,500.00** | **$ 40,500.00** |